**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Miami Division**

IN RE Lead Case No. 26-18018-PDR

J.B. HARRIS, P.A., THE LAW OFFICES OF J.B. HARRIS, P.A., THE LAW OFFICES OF JONATHAN B. HARRIS, P.A., Debtors. Chapter 11 (Jointly Administered)
_______________________________________/

**NOTICE OF FILING EXHIBITS RELATING TO HARRIS'S URGENT MOTION TO DISMISS SUGGESTION OF BANKRUPTCY FOR BAD FAITH FILING AND ABUSE OF PROCESS AND FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW J.B. Harris, *pro se,* hereby gives notice of filing his consolidated exhibits relating to the above referenced motion.

Respectfully submitted,

*/s/ J.B. Harris, Esq.*
(FBN 495034)
10 Aragon Ave., Ste. 1403
Coral Gables, FL 33134
(786) 303-8333
jbharrisesq@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2026, a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system upon all counsel of record.

*/s/ J.B. Harris, Esq.*