# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| IN RE | Case No. 26-18018-PDR |
| J.B. HARRIS, P.A.,[1] | Chapter 11 |
| Debtor. ___________________________/ | |
| IN RE | Case No. 26-18020-PDR |
| THE LAW OFFICES OF J.B. HARRIS, P.A.,[1] | Chapter 11 |
| Debtor. ___________________________/ | |
| IN RE | Case No. 26-18021-CLC |
| THE LAW OFFICES OF JONATHAN B. HARRIS, P.A.,[1] | Chapter 11 |
| Debtor. ___________________________/ | |

**DEBTORS' MOTION FOR JOINT ADMINISTRATION**

***Relief Requested Without a Hearing***

The above-captioned debtors and debtors-in-possession (together, "Debtors"[1]), move pursuant to Local Rules 1015-1(a) and 9013-2(c) for an order substantially in the form attached here as Exhibit "A" authorizing the joint administration of the Debtors' Chapter 11 cases. In support, Debtors state:

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, as applicable, are: J.B. Harris, P.A. (9949), The Law Offices of J.B. Harris, P.A. (2242), and The Law Offices of Jonathan B. Harris, P.A. (9949). The debtors' mailing and service address is c/o DB Mortgage LLC, Attn: Stuart Kalb, 19 W. Flagler St., Miami, FL 33130.

## Jurisdiction and Venue

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief sought are Sections 105(a), 363(b), 541, 1107(a) and 1108 of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"), Fed. R. Bankr. P. 1015(b) and 6003, and Local Rules 1015-1(a) and 9013-2(c).

## Procedural Background

4. On June 18, 2026, Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to manage their affairs as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

5. As of the date of this Motion, no trustee, examiner or statutory committee has been appointed.

## Relief Requested

6. By this Motion, the Debtors seek entry of an Order substantially in the form of the attached Exhibit "A" directing the joint administration of these cases pursuant to §§ 105(a), 363(b), 541, 1107(a) of the Bankruptcy Code. The Debtors request that the Chapter 11 cases be jointly administered under the first-filed case of J.B. Harris, P.A., Case No. 26-18018-PDR.

7. The Debtors also request that if the cases are assigned to different judges, that the cases be transferred to the judge to whom the first-filed case was assigned.

## Basis for Relief

8. Bankruptcy Rule 1015(b) provides in relevant part that "If a joint petition or two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court

may order a joint administration of the estates.

9. The Debtors are "affiliates" as that term is defined in § 101(2) of the Bankruptcy Code in that 100% of the shares of each of the Debtors are owned by the same entity, DB Mortgage, LLC. Moreover, there are multiple potentially overlapping claims against each of the Debtors. Joint administration will ensure fair and efficient administration of the cases while protecting the rights of individual creditors. *See, e.g.*, *In re Reider*, 31 F.3d 1102, 1109 (11th Cir. 1994) (joint administration is "a procedural tool permitting use of a single docket for administrative matters").

10. The Debtors submit that joint administration will obviate the need for duplicative notices, motions, applications, hearings and orders, and therefore save considerable time and expense for the Debtors and their estates. The rights of creditors will not be affected because the proposed joint administrative addresses only administrative, not substantive, consolidation of the Debtors' estates.

11. Upon joint administration, a single docket shall be maintained by the Clerk of the Court under the case number designated as the "lead case." Parties in interest shall file all documents (other than proofs of claim and ballots) in the designated "lead case."

12. The Debtors submit that the joint administration of these Chapter 11 cases is in the best interests of the Debtors, their estates, and parties in interest.

**WHEREFORE**, the Debtors respectfully request that the Court grant this Motion and enter an order substantially in the form of the attached Exhibit "A" authorizing the joint administration of these cases for procedural purposes only.

Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: dlr@kttlaw.com

By: /s/ *David L. Rosendorf*
David L. Rosendorf
Florida Bar No. 996823

*Proposed Counsel for Debtors*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 19, 2026, a true and correct copy of the foregoing was served electronically on the parties listed in the attached CM/ECF service list and by U.S. Mail as indicated below and on the attached mailing matrix.

By: /s/ *David L. Rosendorf*
David L. Rosendorf

<u>**SERVICE LIST 26-18018-PDR**</u>

**Serviced Via CM/ECF:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David L Rosendorf, Esq on behalf of Debtor J.B. Harris, P.A.
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

**Served Via US Mail:**

See attached Mailing Matrix

Label Matrix for local noticing
113C-1
Case 26-18018-PDR
Southern District of Florida
Miami
Fri Jun 19 11:41:05 EDT 2026

J.B. Harris, P.A.
c/o DB Mortgage LLC
Attn: Stuart Kalb
19 W. Flagler St.
Miami, FL 33130-4400

Ashish Mahendru, Esq.
Berger Singerman LLP
111 North Magnolia Avenue, Suite 1450
Orlando, FL 32801-2376

Daniel R. Walsh, Esq.
Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131-1715

Darren A. Braun, Esq.
Mehendru, P.C.
639 Heights Boulevard
Houston, TX 77007-2523

Edward J. Peterson, III, Esq.
Berger Singerman LLP
111 North Magnolia Avenue, Suite 1450
Orlando, FL 32801-2376

Elias, LLC
Richard M. Elias, Esq.
1101 Brickell Avenue, Suite S-700
Miami, FL 33131-4500

Eric Lipper, Esq.
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, TX 77002-7360

Florida Department of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0100

Geoffrey L. Harrison, Esq.
Susman Godfrey L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Gerald E. Greenberg, Esq.
Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131-1715

Howard & Associates, Attorneys at Law PA
c/o Larry S. Hyman, Assignee
Larry S. Hyman, C.P.A., P.A.
2303 W. North A Street
Tampa, FL 33609-2324

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James J. Webb, Esq.
Mitrani, Rynor, Adamsky & Toland, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140-3633

Jeff Shadwick, Esq.
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, TX 77002-7360

Jillian Hewitt, Esq.
Susman Godfrey L.L.P
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-7736

Kara Jursinski Murphy, Esq.
Law Office of Jursinski & Murphy, PLLC
15701 S. Tamiami Trail
Fort Myers, FL 33908-5565

Nelly Pena, Esq.
Freeman Mathis & Gary, LLP
9130 S. Dadeland Blvd., Suite 2000
Miami, FL 33156-7809

Nicolette C. Vilmos, Esq.
Mehendru, P.C.
639 Heights Boulevard
Houston, TX 77007-2523

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

P. Brandon Perkins, Esq.
Campbell Conroy & O Neil
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301-1181

Parafinczuk Wolf PA
c/o Richard M. Elias, Esq.
Todd Friedman, Esq. / ELIAS LLC
1101 Brickell Avenue, Suite S-700
Miami, FL 33131-4500

Robert M. Klein, Esq.
Freeman Mathis & Gary, LLP
9130 S. Dadeland Blvd., Suite 2000
Miami, FL 33156-7809

Robert V. Potter, Esq.
Johnson Pope Bokor Ruppel & Burns, LLP
401 Jackson Street, Ste 3100
Tampa, FL 33602-5228

Rocco F. Magni, Esq.
Susman Godfrey L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Titan Asset Purchasing LLC
4730 S. Fort Apache Rd
Suite 300
Las Vegas, NV 89147-7947

Todd R. Friedman, Esq.
Elias, LLC
1101 Brickell Avenue, Suite S-700
Miami, FL 33131-4500

United States Attorney's Office SDFL
99 NE 4th St.
Miami, FL 33132-2131

Virage Capital Management, LP
1700 Post Oak Boulevard
2 Boulevard Place, Suite 300
Houston, TX 77056

David L Rosendorf Esq
2525 Ponce de Leon Blvd 9 Fl
Coral Gables, FL 33134-6039

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| IN RE | Case No. 26-18018-PDR |
| J.B. HARRIS, P.A.,[1] | Chapter 11 |
| Debtor. | |
| _______________________________________/ | |
| IN RE | Case No. 26-18020-PDR |
| THE LAW OFFICES OF J.B. HARRIS, P.A.,[1] | Chapter 11 |
| Debtor. | |
| _______________________________________/ | |
| IN RE | Case No. 26-18021-CLC |
| THE LAW OFFICES OF JONATHAN B. HARRIS, P.A.,[1] | Chapter 11 |
| Debtor. | |
| _______________________________________/ | |

**ORDER GRANTING DEBTORS' MOTION FOR JOINT ADMINISTRATION**

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, as applicable, are: J.B. Harris, P.A. (9949), The Law Offices of J.B. Harris, P.A. (2242), and The Law Offices of Jonathan B. Harris, P.A. (9949). The debtors' mailing and service address is c/o DB Mortgage LLC, Attn: Stuart Kalb, 19 W. Flagler St., Miami, FL 33130.

This case came before the Court without a hearing, on the above-captioned Debtors' motion under Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1 seeking joint administration of the above-captioned cases [Dkt. No. __].

Upon consideration of the Motion and the representations therein, and the record in this case, joint administration of the cases is warranted and will ease the administrative burden for the Court. Accordingly, it is

**ORDERED** that:

1. The motion is **GRANTED**.

2. The chapter 11 cases listed above are jointly administered under the lead case J.B. Harris, P.A., Case No. 26-18018-PDR (the "Lead Case").

3. Each chapter 11 case listed above that was not originally assigned to the judge to whom the Lead Case has been assigned is **TRANSFERRED** to the judge to whom the Lead Case has been assigned.

4. Except as set forth in paragraph 6, all documents filed in these jointly administered cases must be filed in the Lead Case, with the following caption:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| IN RE | Lead Case No. 26-18018-PDR |
| J.B. HARRIS, P.A., *et al.*[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

_______________________________________/

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, as applicable, are: J.B. Harris, P.A. (9949), The Law Offices of J.B. Harris, P.A. (2242), and The Law Offices of Jonathan B. Harris, P.A. (9949). The debtors' mailing and service address is c/o DB Mortgage LLC, Attn: Stuart Kalb, 19 W. Flagler St., Miami, FL 33130.

5. The Clerk of Court is directed to enter the following notation on the docket in each debtor's chapter 11 case other than the Lead Case:

> An order has been entered directing the joint administration of this chapter 11 case under the lead case, *In re J.B. Harris, P.A.*, *et al.*, Lead Case No. 26-18018-PDR. See the docket in Case No. 26-18018-PDR for all matters affecting this case.

6. Unless otherwise ordered, notwithstanding the joint administration of these cases, (a) each debtor's schedules and statement of financial affairs (including any amendments) must be filed in <u>both</u> the applicable debtor's chapter 11 case and in the Lead Case; but (b) proofs of claim must be filed <u>only</u> in the applicable debtor's chapter 11 case.

7. This order is entered solely to jointly administer these chapter 11 cases. This order does not constitute or direct the substantive consolidation of any of these cases, the debtors, or their estates.

# # #

**Submitted by:**
David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800
Email: dlr@kttlaw.com
*Proposed Counsel for Debtors*

*David L. Rosendorf, Esq. must serve a copy of this order on all creditors, all indenture trustees, and the United States trustee, and file a certificate of service as required by Local Rule 9036-2.*

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO. 2022-023001-CA-01

Virage Capital Management LP and
Virage SPV 1 LLC,

Plaintiffs/Judgment Creditors,

v.

Jonathan Beryl Harris, J.B. Harris P.A.
and the law offices of J.B. Harris P.A.

Defendants/Judgment Debtors.

_______________________________________/

**SUGGESTION OF BANKRUPTCY**

**PLEASE TAKE NOTICE** that on June 18, 2026, J.B. Harris, P.A., The Law Offices of J.B. Harris, P.A., and The Law Offices of Jonathan B. Harris, P.A. ("Debtors"), filed Chapter 11 bankruptcy petitions in the United States Bankruptcy Court for the Southern District of Florida under case numbers 26-18018-PDR, 26-18020-PDR, and 26-18021-CLC.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of the petitions, an automatic stay is in effect which among other things stays (i) the commencement or continuation of a judicial, administrative or other action or proceedings against the Debtors that was, or could have been, commenced before the filing of the Petitions, and (ii) any act to obtain possession of, or exercise control over, property of the Debtors' estates.

Undersigned counsel is not making an appearance in the instant action. This filing merely serves the limited purpose of advising the court and parties of the bankruptcy cases.

Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: dlr@kttlaw.com

By: /s/ *David L. Rosendorf*
David L. Rosendorf
Florida Bar No. 996823

*Proposed Counsel for Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and served on June 19, 2026, via electronic mail using the Court's E-Filing Portal System upon all counsel of record.

/s/ *David L. Rosendorf*
David L. Rosendorf

Filing # 250784632 E-Filed 06/19/2026 04:47:38 PM

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA BUSINESS COURT**

In re:

HOWARD & ASSOCIATES,
ATTORNEYS AT LAW, P.A.,

Case No.: 2021-CA-009064
Division: L

Assignor,

to

LARRY S. HYMAN,

Assignee.
_____________________________________/

LARRY S. HYMAN, as Assignee, Plaintiff,

v.

VIRAGE CAPITAL MANAGEMENT LP, VIRAGE, LLC,
VIRAGE SPV 1 LLC, JONATHAN BERYL HARRIS,
LAW OFFICES OF J.B. HARRIS, P.A., J.B. HARRIS, P.A.,
and ELIAS, LLC,

Defendants.
_____________________________________/

**SUGGESTION OF BANKRUPTCY**

**PLEASE TAKE NOTICE** that on June 18, 2026, J.B. Harris, P.A., The Law Offices of J.B. Harris, P.A., and The Law Offices of Jonathan B. Harris, P.A. ("Debtors"), filed Chapter 11 bankruptcy petitions in the United States Bankruptcy Court for the Southern District of Florida under case numbers 26-18018-PDR, 26-18020-PDR, and 26-18021-CLC.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of the petitions, an automatic stay is in effect which among other things stays (i) the commencement or continuation of a judicial, administrative or other action or proceedings against

the Debtors that was, or could have been, commenced before the filing of the Petitions, and (ii) any act to obtain possession of, or exercise control over, property of the Debtors' estates.

Undersigned counsel is not making an appearance in the instant action. This filing merely serves the limited purpose of advising the court and parties of the bankruptcy cases.

Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: dlr@kttlaw.com

By: */s/ David L. Rosendorf*
David L. Rosendorf
Florida Bar No. 996823

*Proposed Counsel for Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and served on June 19, 2026, via electronic mail using the Court's E-Filing Portal System upon all counsel of record.

*/s/ David L. Rosendorf*
David L. Rosendorf