**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                  CASE NO.: 20-14372 MAM

ROBERT J. MOCKOVIAK AND                              Chapter 11
SANDRA H. MOCKOVIAK

      Debtors.
_____/

## LQD BUSINESS FINANCE, LLC'S OBJECTION TO THE DEBTORS' CLAIMED EXEMPTION TENANCY BY THE ENTIRETY

1. The Debtors filed for relief under Chapter 11 of title 11, United States Code (11 U.S.C.§§ 101, et seq., the "Bankruptcy Code") on April 10, 2020.

2. On Schedule C of the Debtors' Schedules [D.E. #50], the Debtors claimed that the following assets were exempt as tenancy by the entireties:

| Asset | Scheduled Value |
|---|---|
| 27 Grasmere Way, Princeton, NJ | $1,800,000.00 |
| 8773 Sandy Crest Lane, Boynton Beach | $450,000.00 |
| 2727 Aquetong Road, Solebury, PA | $3,500,000.00 |
| 2 Vespa Scooters | $1,500.00 |
| Household Goods | $1,145,250.00 |
| Electronics | $500.00 |
| Collectibles of Value | $893,200.00 |
| Sports and Hobby Equipment | $28,300.00 |
| Firearms | $5,000.00 |

| Clothing | $263,500.00 |
|---|---|
| Jewelry | $851,700.00 |
| 10 Retired Horses | $0.00 |
| Cash | $2,600.00 |
| Bank of America Acct #7991 | $31,973.00 |

3.  Schedule F indicates that the Debtors have many joint debts, including, but not limited to, Bank of America, Chase Card Services, MacDonald Weiss, Ricco Building Group, White Glove Transportation.

4.  Property held by husband and wife as tenants by the entireties belongs to neither spouse individually, but each spouse is seized of the whole . . . . When property is held as a tenancy by the entireties, the property is not divisible on behalf of one spouse alone, and therefore it cannot be reached to satisfy the obligation of only one spouse. *Beal Bank, SSB v. Almand & Assocs.*, 780 So. 2d 45, 53 (Fla. 2001); *Musolino v. Sinnreich (In re Musolino)*, 391 F.3d 1295, 1297, 2004 U.S. App. LEXIS 24693, *3, Bankr. L. Rep. (CCH) P80,201, 18 Fla. L. Weekly Fed. C 53.

5.  In this matter, and as set forth by the Debtors in their Schedules, the Debtors have many joint debt obligations. As such, the Debtors are ineligible for the Tenancy by the Entirety exemption.

6.  Based on the foregoing, Business Finance, LLC objects to the Debtors' claimed exemption of Tenancy by the Entirety on Schedule C.

WHEREFORE, LQD Business Finance, LLC respectfully requests that the Court enter an Order denying the Debtors' use of the Tenancy by the Entirety exemption and for other such relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 11th day of June 2020.

     KELLEY, FULTON & KAPLAN, P.L.
     Attorneys for Creditor
     1665 Palm Beach Lakes Boulevard
     The Forum- Suite 1000
     West Palm Beach, Florida  33401
     Telephone: (561) 491-1200
     Facsimile: (561) 684-3773

     By: /s/ Craig I. Kelley
         Craig I. Kelley, Esq.
         Florida Bar No.: 782203

Mailing Information for Case 20-14372-MAM

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Stefan Beuge**    flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com
- **Carmen Contreras-Martinez**    carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;mia-ctdocs@saul.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Andrew Fulton IV**    andrew@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com
- **Craig I Kelley**    craig@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com
- **Orfelia M Mayor**    omayor@ombankruptcy.com, legalservices@pbctax.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Ivan J Reich**    ireich@nasonyeager.com, kchang@nasonyeager.com
- **Luis Salazar**    Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law;Rivera@Salazar.Law

- **Wendy J Wasserman**  wwasserman@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

    Harry J. Giacometti
    1835 Market St #1050
    Philadelphia, PA 19103

    Damien Nicholas Tancredi
    1835 Market St #1050
    Philadelphia, PA 19103

    Steven D. Usdin
    1835 Market St #1050
    Philadelphia, PA 19103

    Jason A. Welt
    401 E Las Olas Blvd #1400
    Ft Lauderdale, FL 33301

    Robert J. Mockoviak
    9968 Equus Circle
    Boynton Beach, FL 33472

    Sandra H. Mockoviak
    9968 Equus Circle
    Boynton Beach, FL 33472