UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re                                                                            Chapter 11

ROBERT J. MOCKOVIAK and SANDRA H.              Case No. 20-14372-MAM
MOCKOVIAK,

     Debtors.

_____ /

**DEBTORS ROBERT J. MOCKOVIAK AND SANDRA H. MOCKOVIAK
AMENDED OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

     This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

     If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to Luis Salazar, Esq. and Jose Ceide, Esq. of SALAZAR LAW, LLP, 2121 S.W. 3rd Avenue, Suite 100, Miami, Florida 33129 OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

     If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

     The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF CLAIM | BASIS FOR OBJECTION AND RECOMMENDED DISPOSITION |
|---|---|---|---|
| 36 | LQD Business Finance, LLC | $1,276,840.09 | This claim purportedly arises from or relates to that certain Finance Loan Agreement(s) by and between LQD Business Finance, LLC ("**LQD**"), Sandra Mockoviak, Robert Mockoviak, and Clinical Professionals, Inc., dated August 20, 2019.<br><br>This claim should be disallowed in its entirety because: (A) it fails to comply with Rule 3001(c)(2)(A) and provide an itemized statement of the interest, fees, expenses, or charges; and (B) on the grounds set forth in Debtors' Complaint filed in the matter styled *Robert J. Mockoviak and Sandra H. Mockoviak v. LQD Business Finance, LLC, LQD Loans Two, LLC and George Souri* Adv. Pro. No. 20-01142-MAM (the "**Adversary Action**"), (as amended, the "**Complaint**") which Complaint the Debtors incorporate by reference as though set forth at length herein. For these reasons, this claim should be disallowed and stricken in its entirety. |
| 37 | LQD Business Finance, LLC | $6,381,063.79 | This claim purportedly arises from or relates to that certain Finance Loan Agreement(s) by and between LQD Business Finance, LLC ("**LQD**"), Sandra Mockoviak, Robert Mockoviak, and Clinical Professionals, Inc., dated August 20, 2019.<br><br>This claim should be disallowed in its entirety because: (A) it fails to comply with Rule 3001(c)(2)(A) and provide an itemized statement of the interest, fees, expenses, or charges; and (B) on the grounds set forth in Debtors' Complaint filed in the matter styled *Robert J. Mockoviak and Sandra H. Mockoviak v. LQD Business Finance, LLC, LQD Loans Two, LLC and George Souri* |

|  |  | Adv. Pro. No. 20-01142-MAM (the "**Adversary Action**"), (as amended, the "**Complaint**") which Complaint the Debtors incorporate by reference as though set forth at length herein. For these reasons, this claim should be disallowed and stricken in its entirety. |
|---|---|---|

Dated: September 25, 2020    Respectfully submitted,

**SALAZAR LAW**
*Counsel for Debtors, Robert J. Mockoviak*
*and Sandra H. Mockoviak*
2121 S.W. 3rd Avenue, Suite 100
Miami, Florida  33129
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Primary Email: Luis@Salazar.Law
Primary Email: Ceide@Salazar.Law
Secondary Email: Lee-Sin@Salazar.Law

By:     */s/    Luis Salazar*
        Luis Salazar
        Florida Bar No. 147788
        Jose Ceide
        Florida Bar No. 015937

**<u>CERTIFICATION</u>**

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF and/or U.S. mail, postage prepaid, as indicated thereon. I have made a bona fide effort to resolve this matter without hearing, to no avail.

By: _/s/ Luis Salazar_
  Luis Salazar

## SERVICE LIST

**Electronic Mail Notice List**
**(Via CM/ECF)**

- **Stefan Beuge**   flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com
- **Carmen Contreras-Martinez**   carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;mia-ctdocs@saul.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Andrew Fulton IV**   andrew@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com
- **Craig I Kelley**   craig@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com
- **Orfelia M Mayor**   ombankruptcy@mayorbankruptcy.com, legalservices@pbctax.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Ivan J Reich**   ireich@nasonyeager.com, kchang@nasonyeager.com
- **Luis Salazar**   Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law;Rivera@Salazar.Law
- **Wendy J Wasserman**   wwasserman@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com

**Manual Notice:**

**BMW Financial Services NA, LLC,**
**c/o AIS Portfolio Services, LP**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Andrew Bernstein**
c/o EisnerAmper LLP
1001 Brickell Bay Dr #1400
Miami, FL 33131

**Alison Covello**
c/o BHHS Fox & Roach Princeton RE
33 Witherspoon St
Princeton, NJ 08542

**Harry J. Giacometti**
1835 Market St #1050
Philadelphia, PA 19103

**Michelle G. Novick**
Saul Ewing Arnstein & Lehr LLP
161 N Clark St #2400
Chicago, IL 60601

**Damien Nicholas Tancredi**
1835 Market St #1050
Philadelphia, PA 19103

**Steven D. Usdin**
1835 Market St #1050
Philadelphia, PA 19103

**Jason A. Welt**
401 E Las Olas Blvd #1400
Ft Lauderdale, FL 33301

**LQD Business Finance, LLC**
c/o Kelley, Fulton & Kaplan, P.L.
1665 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, Florida 33401