# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Florida

WEST PALM BEACH DIVISION

In Re. Robert J. Mockoviak and Sandra H. Mockoviak    §    Case No. 20-14372
    §
_____    §
Debtor(s)    §    ☐ Jointly Administered
    §

## Monthly Operating Report    Chapter 11

Reporting Period Ended: 08/31/2025    Petition Date: 04/10/2020

Months Pending: 66    Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:    Accrual Basis ○    Cash Basis ◉

Debtor's Full-Time Employees (current):    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Luis Salazar    Luis Salazar (Florda Bar No. 147788)
Signature of Responsible Party    Printed Name of Responsible Party

10/27/2025    COLE SCHOTZ P.C.
Date    2121 SW 3rd Avenue, Suite 200
    Miami, Florida 33129
    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)    1

Debtor's Name  Robert J. Mockoviak and Sandra H. Mockoviak    Case No.  20-14372

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $37,392 | |
| b.  Total receipts (net of transfers between accounts) | $12,773 | $2,756,322 |
| c.  Total disbursements (net of transfers between accounts) | $13,829 | $2,982,631 |
| d.  Cash balance end of month (a+b-c) | $36,336 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $13,829 | $2,982,631 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $0 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $0 | |
| e.  Total assets | $0 | |
| f.  Postpetition payables (excluding taxes) | $0 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $0 | |
| k.  Prepetition secured debt | $0 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $0 | |
| n.  Total liabilities (debt) (j+k+l+m) | $0 | |
| o.  Ending equity/net worth (e-n) | $0 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $903,594 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $903,594 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

Debtor's Name  Robert J. Mockoviak and Sandra H. Mockoviak     Case No.  20-14372

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $2,084,087 | $2,084,087 | $145,266 | $145,266 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Salazar Law, LLP | Lead Counsel | $1,945,530 | $1,945,530 | $145,266 | $145,266 |
| ii | Eisner Amper LLP | Financial Professional | $138,556 | $138,556 | $0 | $0 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Robert J. Mockoviak and Sandra H. Mockoviak                    Case No.  20-14372

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name Robert J. Mockoviak and Sandra H. Mockoviak                    Case No.  20-14372

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Robert J. Mockoviak and Sandra H. Mockoviak          Case No. 20-14372

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Robert J. Mockoviak and Sandra H. Mockoviak          Case No. 20-14372

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Robert J. Mockoviak and Sandra H. Mockoviak     Case No.  20-14372

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ◯   No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ◯   No ⦿

c. Were any payments made to or on behalf of insiders?     Yes ◯   No ⦿

d. Are you current on postpetition tax return filings?     Yes ⦿   No ◯

e. Are you current on postpetition estimated tax payments?     Yes ⦿   No ◯

f. Were all trust fund taxes remitted on a current basis?     Yes ◯   No ⦿

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ◯   No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ◯   No ◯   N/A ⦿

i. Do you have:     Worker's compensation insurance?     Yes ◯   No ⦿

  If yes, are your premiums current?     Yes ◯   No ◯   N/A ⦿   (if no, see Instructions)

  Casualty/property insurance?     Yes ⦿   No ◯

  If yes, are your premiums current?     Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

  General liability insurance?     Yes ◯   No ⦿

  If yes, are your premiums current?     Yes ◯   No ◯   N/A ⦿   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ◯   No ⦿

k. Has a disclosure statement been filed with the court?     Yes ◯   No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ◯

Debtor's Name  Robert J. Mockoviak and Sandra H. Mockoviak                Case No.  20-14372

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $5,600 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $7,173 |
| d. | Total income in the reporting period (a+b+c) | $12,773 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $13,599 |
| h. | All other expenses | $230 |
| i. | Total expenses in the reporting period (e+f+g+h) | $13,829 |
| j. | Difference between total income and total expenses (d-i) | $-1,056 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

Robert J. Mockoviak and Sandra H. Mockoviak                Robert J. Mockoviak and Sandra H. Mockoviak
_____                            _____
Signature of Responsible Party                              Printed Name of Responsible Party

Debtors                                                     10/27/2025
_____                            _____
Title                                                       Date

Debtor's Name Robert J. Mockoviak and Sandra H. Mockoviak          Case No. 20-14372



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Robert J. Mockoviak and Sandra H. Mockoviak

Case No.  20-14372



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Robert J. Mockoviak and Sandra H. Mockoviak                Case No.  20-14372



PageThree



PageFour

**Robert J. Mockoviak and Sandra H. Mockoviak**

| Date | Check No. | Description | Debit | Credit | Daily Balance |
|---|---|---|---|---|---|
| Applied Bank, Account Ending: 0545 | | | | | |
| 8/1/2025 | - | Beginning Balance | $        - | $        - | $        159.81 |
| 8/7/2025 | - | Sixth Employment | $        - | $   5,600.00 | $     5,759.81 |
| 8/11/2025 | 258 | Transfer to DIP Account | $   5,650.00 | $        - | $        109.81 |
| 8/20/2025 | - | SSA/Benefits | $        - | $   3,519.00 | $     3,628.81 |
| 8/22/2025 | 259 | Transfer to DIP Account | $   3,500.00 | $        - | $        128.81 |
| 8/27/2025 | - | SSA/Benefits | $        - | $   3,654.00 | $     3,782.81 |
| 8/29/2025 | - | Interest | $        - | 0.06 | $     3,782.87 |
| 8/31/2025 | - | Ending Balance | $        - | $        - | $     3,782.87 |
| | | | $   9,150.00 | $   12,773.06 | |

| | |
|---|---|
| Total Income from FIRST Employment | $        - |
| Total Income from SECOND Employment | $        - |
| Total Income from Third Employment | $        - |
| Total Income from FOURTH Employment | $        - |
| Total Income from FIFTH Employment | $        - |
| Total Income from SIXTH Employment | $   5,600.00 |
| **TOTAL INCOME FROM EMPLOYMENT** | **$   5,600.00** |
| | |
| Total Income from FL DEO Benefits | $        - |
| Total Income from SSA Benefits | $   7,173.00 |
| Total Interest | $        0.06 |
| | |
| **TOTAL NON- EMPLOYMENT INCOME** | **$   7,173.06** |
| | |
| **TOTAL INCOME** | **$   12,773.06** |
| | |
| **TOTAL DISBURSEMENTS:** | **$   9,150.00** |



**AppliedBank**®
P.O. Box 15060
Wilmington, DE 19885-5060

**Statement Ending 08/29/2025**

ROBERT J MOCKOVIAK                                    Page 1 of 4
Customer Number: ███████545

ROBERT J MOCKOVIAK
SANDRA H MOCKOVIAK
9968 EQUUS CIR
BOYNTON BEACH FL 33472-4320

### Managing Your Accounts

| | | |
|---|---|---|
| 🖥 | Website | www.appliedbank.com |
| 📱 | Support Center | 888-839-7952 |
| 🏛 | Corporate Office | 2200 Concord Pike<br>Suite 102<br>Wilmington, DE 19803 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Applied Rewards 50 Plus Checking | ██████545 | $3,782.87 |

## Applied Rewards 50 Plus Checking - ██████545

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2025 | **Beginning Balance** | **$159.81** |
| | 4 Credit(s) This Period | $12,773.06 |
| | 2 Debit(s) This Period | $9,150.00 |
| 08/29/2025 | **Ending Balance** | **$3,782.87** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 08/01/2025 Through 08/29/2025 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 29 |
| Interest Earned | $0.06 |
| Interest Paid This Period | $0.06 |
| Interest Paid Year-to-Date | $0.84 |
| Minimum Balance | $109.81 |
| Average Ledger Balance | $1,525.39 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **08/01/2025** | **Beginning Balance** | | | **$159.81** |
| 08/07/2025 | ████████LLC ████████ | | $5,600.00 | $5,759.81 |
| 08/11/2025 | CHECK # 258 | $5,650.00 | | $109.81 |
| 08/20/2025 | SSA TREAS ████████ | | $3,519.00 | $3,628.81 |
| 08/22/2025 | CHECK # 259 | $3,500.00 | | $128.81 |
| 08/27/2025 | SSA TREAS ████████ | | $3,654.00 | $3,782.81 |
| 08/29/2025 | INTEREST | | $0.06 | $3,782.87 |
| **08/29/2025** | **Ending Balance** | | | **$3,782.87** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 258 | 08/11/2025 | $5,650.00 | 259 | 08/22/2025 | $3,500.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/07/2025 | $5,759.81 | 08/11/2025 | $109.81 | 08/20/2025 | $3,628.81 |



Member
**FDIC**
EQUAL HOUSING LENDER

ROBERT J MOCKOVIAK          X████████45          Statement Ending 08/29/2025                    Page 2 of 4

Please change my address and/or my phone number on my AB account # _____

**TO CHANGE YOUR ADDRESS AND / OR PHONE NUMBER, COMPLETE THIS FORM, CUT ALONG THE DOTTED LINE AND MAIL TO OUR ADDRESS ON THE FRONT OF THIS STATEMENT OR FAX TO THE NUMBER LISTED.**

Number
and Street _____
                              (must be a physical address)

City _____ State _____ Zip Code _____

Home Phone _____ Work Phone _____ Cell Phone _____
                    (required)

Date _____ / _____
                                      Authorized Signature

┌── CUT ALONG THIS DOTTED LINE ──┐

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR CHECK BOOK WITH YOUR STATEMENT

1. In your check book enter the interest earned on your Account as it appears on the front of this statement.
2. Verify that checks are charged on your statement for the amount drawn.
3. Be sure that any account fees or other authorized deductions shown on this statement have been deducted from your check book balance.
4. Verify that all deposits have been credited for the same amount as on your records.
5. Be sure that all checks outstanding on your previous statement have been included in this statement (otherwise, they are still outstanding).
6. Verify that checks paid by us are noted in your check book.
7. Make a list of the check numbers and amounts of those checks that are still outstanding in the space provided.

8. ENTER FINAL BALANCE AS PER STATEMENT
9. ADD ANY DEPOSITS NOT CREDITED
10. TOTAL
11. SUBTRACT CHECKS OUTSTANDING
12. BALANCE SHOULD AGREE WITH YOUR CHECK BOOK

| CHECKS OUTSTANDING | |
| --- | --- |
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL OUTSTANDING | |

**In Case of Errors or Questions about Your Statement or Electronic Transfer.** Call us at 888-839-7952 or write us at Applied Bank, P.O. Box 15060, Wilmington, DE 19850-5060 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transaction or transfer listed in the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.



**Statement Ending 08/29/2025**

ROBERT J MOCKOVIAK

*Customer Number: X        45*                    *Page 3 of 4*

## Applied Rewards 50 Plus Checking - X        545 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/22/2025 | $128.81 | 08/27/2025 | $3,782.81 | 08/29/2025 | $3,782.87 |

THIS PAGE LEFT INTENTIONALLY BLANK

SCHEDULE A: Statement of Cash Receipts and Disbursement

Robert J. Mockoviak and Sandra H. Mockoviak

| Date | Check No. | Description/Payee | Budget Category | Property/Purpose | Disbursements | Receipts | Daily Balance |
|------|-----------|-------------------|-----------------|------------------|---------------|----------|---------------|
| 8/1/2025 | - | Beginning Balance | N/A | N/A | $ - | $ - | $ 8,430.00 |
| 8/1/2025 | - | Amazon Prime | Entertainment | | $ 3.40 | $ - | $ 8,426.60 |
| 8/4/2025 | 466 | Juan Lopez Jose Pascal | Maintenance/Repair- Homestead | Homestead | $ 300.00 | $ - | $ 8,126.60 |
| 8/4/2025 | - | Verizon Wireless | Utility- Phone | | $ 284.05 | $ - | $ 7,842.55 |
| 8/4/2025 | - | Swim Time Pools | Maintenance/Repair- Homestead | Homestead | $ 115.00 | $ - | $ 7,727.55 |
| 8/5/2025 | - | FPUC EZPay | Utility- Electric/Gas | | $ 113.02 | $ - | $ 7,614.53 |
| 8/5/2025 | - | FPUC EZPay | Utility- Electric/Gas | | $ 110.77 | $ - | $ 7,503.76 |
| 8/5/2025 | - | Pak Mail | Maintenance/Repair- Farm | Farm | $ 24.63 | $ - | $ 7,479.13 |
| 8/5/2025 | - | Adobe | Business Related Expense- Software | | $ 19.99 | $ - | $ 7,459.14 |
| 8/6/2025 | 467 | Raab Well Drilling | Maintenance/Repair- Farm | Farm | $ 4,000.00 | $ - | $ 3,459.14 |
| 8/6/2025 | - | FPL Direct | Utility- Electric/Gas | | $ 537.42 | $ - | $ 2,921.72 |
| 8/6/2025 | - | HULU | Entertainment | | $ 11.36 | $ - | $ 2,910.36 |
| 8/7/2025 | - | Adobe | Business Related Expense- Software | | $ 13.77 | $ - | $ 2,896.59 |
| 8/8/2025 | - | Transfer from Applied Bank | Transfer from Applied Bank | | $ - | $ 5,650.00 | $ 8,546.59 |
| 8/8/2025 | - | Peco Energy | Utility- Electric/Gas | | $ 413.66 | $ - | $ 8,132.93 |
| 8/8/2025 | - | Palm Beach Diabetes | Medical | | $ 148.74 | $ - | $ 7,984.19 |
| 8/8/2025 | - | Tunnel to Towers | Charitable Donation | | $ 11.55 | $ - | $ 7,972.64 |
| 8/11/2025 | - | Amazon Retail | Food/Grocery | | $ 22.80 | $ - | $ 7,949.84 |
| 8/11/2025 | - | McDonalds | Food/Grocery | | $ 20.27 | $ - | $ 7,929.57 |
| 8/11/2025 | - | Yahoo Mail | Business Related Expense- Software | | $ 1.99 | $ - | $ 7,927.58 |
| 8/12/2025 | - | Amazon Marketplace | Medical | | $ 10.69 | $ - | $ 7,916.89 |
| 8/12/2025 | - | CVS ExtraCare | Medical | | $ 5.00 | $ - | $ 7,911.89 |
| 8/13/2025 | - | The Spa Guys | Maintenance/Repair- Farm | Farm | $ 1,850.00 | $ - | $ 6,061.89 |
| 8/13/2025 | - | Netflix | Entertainment | | $ 20.47 | $ - | $ 6,041.42 |

| Date | Check No. | Description/Payee | Budget Category | Property/Purpose | Disbursements | Receipts | Daily Balance |
|------|-----------|-------------------|-----------------|------------------|---------------|----------|---------------|
| 8/13/2025 | - | Paramount | Entertainment | | $ 6.81 | $ - | $ 6,034.61 |
| 8/14/2025 | - | Peco Energy | Utility- Electric/Gas | | $ 750.73 | $ - | $ 5,283.88 |
| 8/15/2025 | 446 | Raab Well Drilling | Maintenance/Repair- Farm | Farm | $ 1,191.00 | $ - | $ 4,092.88 |
| 8/15/2025 | - | BinWizards | Maintenance/Repair- Homestead | Homestead | $ 29.95 | $ - | $ 4,062.93 |
| 8/18/2025 | - | Comcast/Xfilinty | Utility- Internet/Cable | | $ 143.35 | $ - | $ 3,919.58 |
| 8/18/2025 | - | Publix | Food/Grocery | | $ 126.97 | $ - | $ 3,792.61 |
| 8/18/2025 | - | WWP Hulett Environmental | Maintenance/Repair- Homestead | Homestead | $ 83.00 | $ - | $ 3,709.61 |
| 8/18/2025 | - | Sobol Boynton Beach | Food/Grocery | | $ 14.47 | $ - | $ 3,695.14 |
| 8/19/2025 | - | Chubbs | Insurance (Homestead) | Homestead | $ 2,083.00 | $ - | $ 1,612.14 |
| 8/20/2025 | - | SQ Greentech Pest | Maintenance/Repair- Homestead | Homestead | $ 206.10 | $ - | $ 1,406.04 |
| 8/21/2025 | - | Transfer from Applied Bank | Transfer from Applied Bank | | $ - | $ 3,749.25 | $ 5,155.29 |
| 8/21/2025 | - | Publix | Food/Grocery | | $ 87.56 | $ - | $ 5,067.73 |
| 8/22/2025 | - | Vogue Digital | Entertainment | | $ 29.99 | $ - | $ 5,037.74 |
| 8/22/2025 | - | ASPCA | Charitable Donation | | $ 19.00 | $ - | $ 5,018.74 |
| 8/25/2025 | - | Yahoo Mail | Business Related Expense- Software | | $ 5.00 | $ - | $ 5,013.74 |
| 8/26/2025 | - | Comcast/Xfilinty | Business Related Expense- Utility | | $ 189.68 | $ - | $ 4,824.06 |
| 8/26/2025 | - | Amazon Prime | Entertainment | | $ 15.13 | $ - | $ 4,808.93 |
| 8/27/2025 | - | U.S. Trustee Quarterly Fee | U.S. Trustee Fees | | $ 581.88 | $ - | $ 4,227.05 |
| 8/28/2025 | - | Swim Time Pools | Maintenance/Repair- Homestead | Homestead | $ 143.50 | $ - | $ 4,083.55 |
| 8/28/2025 | - | DG Svc Plan | Maintenance/Repair- Homestead | Homestead | $ 33.15 | $ - | $ 4,050.40 |
| 8/29/2025 | - | Transfer from Applied Bank | Transfer from Applied Bank | | $ - | $ 3,600.00 | $ 7,650.40 |
| 8/29/2025 | - | Uscca Delta Defense | Entertainment | | $ 39.00 | $ - | $ 7,611.40 |
| 8/29/2025 | - | Apple | Entertainment | | $ 11.36 | $ - | $ 7,600.04 |
| 8/31/2025 | - | **Ending Balance** | N/A | | $ - | $ - | $ 7,600.04 |
| | | | TOTAL: | | $ 13,829.21 | $ 12,999.25 | |

**TD Bank, Account Ending 7847**

| | | |
|---|---|---|
| Checks: | $ | 5,491.00 |
| Debits: | $ | 8,338.21 |
| TOTAL: | $ | 13,829.21 |

**TD Bank**
America's Most Convenient Bank®

T

STATEMENT OF ACCOUNT

ROBERT MOCKOVIAK
SANDRA H MOCKOVIAK
DIP CASE 20-14372 SDFL
9968 EQUUS CIRCLE
BOYNTON BEACH FL  33472

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Aug 01 2025-Aug 31 2025 |
| Cust Ref #: | ▓ |
| Primary Account #: | ▓▓▓847 |

## Chapter 11 Checking

ROBERT MOCKOVIAK
SANDRA H MOCKOVIAK
DIP CASE 20-14372 SDFL

Account # ▓▓▓847

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,430.00 | Average Collected Balance | 4,725.04 |
| Deposits | 12,999.25 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 5,491.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 8,338.21 | Days in Period | 31 |
| Ending Balance | 7,600.04 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/08 | DEPOSIT | 5,650.00 |
| 08/21 | DEPOSIT | 3,749.25 |
| 08/29 | DEPOSIT | 3,600.00 |
| | Subtotal: | 12,999.25 |

**Checks Paid**   No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/15 | 446 | 1,191.00 | 08/06 | 467 | 4,000.00 |
| 08/04 | 466* | 300.00 | | | |
| | | | | Subtotal: | 5,491.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | DBCRD PUR AP, *****30133931139, AUT 073125 VISA DDA PUR AP AMAZON PRIME X17B01FD3    AMZN COM BILL * WA | 3.40 |
| 08/04 | ELECTRONIC PMT-TEL, VZ WIRELESS VN E CHECK 5398261 | 284.05 |
| 08/04 | DBCRD PMT AP, *****30133931139, AUT 080125 VISA DDA PUR AP SWIM TIME POOLS    INSTAGRAM COM * FL | 115.00 |
| 08/05 | DBCRD PUR AP, *****30133931139, AUT 080425 VISA DDA PUR AP FPUC EZ PAY    800 427 7712 * FL | 113.02 |
| 08/05 | ELECTRONIC PMT-WEB, FPUC/EZ-PAY UTILITY 5992770 | 110.77 |
| 08/05 | DBCRD PUR AP, *****30133931139, AUT 080425 VISA DDA PUR AP PAK MAIL    LAKE WORTH  * FL | 24.63 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶ Ending Balance**                    7,600.04

**❷ Total Deposits**    +

**❸ Sub Total**

**❹ Total Withdrawals**    -

**❺ Adjusted Balance**

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "ODP" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

ROBERT MOCKOVIAK
SANDRA H MOCKOVIAK
DIP CASE 20-14372 SDFL

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Aug 01 2025-Aug 31 2025 |
| Cust Ref #: | ▨ |
| Primary Account #: | ▨ 347 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | DBCRD PMT AP, *****30132433145, AUT 080425 VISA DDA PUR AP<br>ADOBE INC        SAN JOSE     * CA | 19.99 |
| 08/06 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****072011 WEBI | 537.42 |
| 08/06 | DBCRD PMT AP, *****30132433145, AUT 080525 VISA DDA PUR AP<br>HULU        877 8244858  * CA | 11.36 |
| 08/07 | DBCRD PMT AP, *****30133931139, AUT 080625 VISA DDA PUR AP<br>ADOBE INC        SAN JOSE     * CA | 13.77 |
| 08/08 | ACH DEBIT, PECO ENERGY PAYMENTS ****771222 | 413.66 |
| 08/08 | DBCRD PUR AP, *****30133931139, AUT 080725 VISA DDA PUR AP<br>PALM BEACH DIABETES  BO   BOYNTON BEACH * FL | 148.74 |
| 08/08 | DBCRD PMT AP, *****30133931139, AUT 080725 VISA DDA PUR AP<br>TUNNELTOTOWERS T2T ORG     T2T ORG    * NY | 11.55 |
| 08/11 | DBCRD PUR AP, *****30133931139, AUT 080825 VISA DDA PUR AP<br>AMAZON RETA 8F8I76DG3    WWW AMAZON CO * WA | 22.80 |
| 08/11 | DBCRD PUR AP, *****30132433145, AUT 080825 VISA DDA PUR AP<br>MCDONALD S F16261        BOYNTON BEACH * FL | 20.27 |
| 08/11 | DBCRD PMT AP, *****30133931139, AUT 080825 VISA DDA PUR AP<br>YAHOO   MAILSTOR100GB    800 361 5610  * NY | 1.99 |
| 08/12 | DBCRD PUR AP, *****30133931139, AUT 081125 VISA DDA PUR AP<br>AMAZON MARK  KN5H897L3    AMAZON COM MA * WA | 10.69 |
| 08/12 | DBCRD PMT AP, *****30132433145, AUT 081125 VISA DDA PUR AP<br>CVSEXTRACARE 8007467287R   800 746 7287 * RI | 5.00 |
| 08/13 | DBCRD PUR AP, *****30132433145, AUT 081225 VISA DDA PUR AP<br>THE SPA GUYS LLC      2673932663   * PA | 1,850.00 |
| 08/13 | DBCRD PMT AP, *****30133931139, AUT 081225 VISA DDA PUR AP<br>NETFLIX COM        NETFLIX COM  * CA | 20.47 |
| 08/13 | DBCRD PMT AP, *****30133931139, AUT 081125 VISA DDA PUR AP<br>PARAMOUNT        888 274 5343 * CA | 6.81 |
| 08/14 | ACH DEBIT, PECO ENERGY PAYMENTS ****753000 | 750.73 |
| 08/15 | DBCRD PUR AP, *****30133931139, AUT 081425 VISA DDA PUR AP<br>BINWIZARDS        561 5152688  * FL | 29.95 |
| 08/18 | DBCRD PUR AP, *****30133931139, AUT 081725 VISA DDA PUR AP<br>COMCAST  XFINITY     800 266 2278 * NJ | 143.35 |
| 08/18 | DEBIT POS AP, *****30133931139, AUT 081725 DDA PURCHASE AP<br>PUBLIX SUPER MAR 8899 HY  LAKE WORTH  * FL | 126.97 |
| 08/18 | DBCRD PUR AP, *****30133931139, AUT 081525 VISA DDA PUR AP<br>WWP HULETT ENVIRONMENTAL   561 686 7171 * FL | 83.00 |
| 08/18 | DBCRD PUR AP, *****30132433145, AUT 081525 VISA DDA PUR AP<br>SOBOL BOYNTON BEACH      BOYNTON BEACH * FL | 14.47 |
| 08/19 | ELECTRONIC PMT-TEL, CHUBB PRS DEBITPMT #****37049 | 2,083.00 |
| 08/20 | DBCRD PUR AP, *****30133931139, AUT 081925 VISA DDA PUR AP<br>SQ GREENTECH PEST  FER   GOSQ COM    * FL | 206.10 |
| 08/21 | DEBIT POS AP, *****30133931139, AUT 082025 DDA PURCHASE AP<br>PUBLIX SUPER MAR 8780 BO   BOYNTON BEACH * FL | 87.56 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ROBERT MOCKOVIAK
SANDRA H MOCKOVIAK
DIP CASE 20-14372 SDFL

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Aug 01 2025-Aug 31 2025 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | DBCRD PMT AP, *****30132433145, AUT 082125 VISA DDA PUR AP<br>CNP  VOGUE  DIGITAL     CONDENAST COM * NY | 29.99 |
| 08/22 | DBCRD PMT AP, *****30133931139, AUT 082025 VISA DDA PUR AP<br>ASPCA DONATIONS RECURRIN   800 628 0028 * NY | 19.00 |
| 08/25 | DBCRD PMT AP, *****30133931139, AUT 082225 VISA DDA PUR AP<br>YAHOO  MAIL PLUS     800 361 5610 * NY | 5.00 |
| 08/26 | DBCRD PMT AP, *****30132433145, AUT 082525 VISA DDA PUR AP<br>COMCAST  XFINITY     800 266 2278 * FL | 189.68 |
| 08/26 | DBCRD PMT AP, *****30132433145, AUT 082525 VISA DDA PUR AP<br>AMAZON PRIME XS03A85X3    AMZN COM BILL * WA | 15.13 |
| 08/27 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6R7JRF542K1 | 581.88 |
| 08/28 | DBCRD PUR AP, *****30133931139, AUT 082725 VISA DDA PUR AP<br>SWIM TIME POOLS      156 17191870 * FL | 143.50 |
| 08/28 | DBCRD PMT AP, *****30132433145, AUT 082725 VISA DDA PUR AP<br>D G SVC PLAN     866 3333134  * IL | 33.15 |
| 08/29 | DBCRD PMT AP, *****30133931139, AUT 082925 DDA PURCHASE AP<br>USCCA DELTA DEFENSE     WEST BEND  * WI | 39.00 |
| 08/29 | DBCRD PMT AP, *****30133931139, AUT 082825 VISA DDA PUR AP<br>APPLE COM BILL      866 712 7753 * CA | 11.36 |

Subtotal:  8,338.21

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 8,430.00 | 08/15 | 4,062.93 |
| 08/01 | 8,426.60 | 08/18 | 3,695.14 |
| 08/04 | 7,727.55 | 08/19 | 1,612.14 |
| 08/05 | 7,459.14 | 08/20 | 1,406.04 |
| 08/06 | 2,910.36 | 08/21 | 5,067.73 |
| 08/07 | 2,896.59 | 08/22 | 5,018.74 |
| 08/08 | 7,972.64 | 08/25 | 5,013.74 |
| 08/11 | 7,927.58 | 08/26 | 4,808.93 |
| 08/12 | 7,911.89 | 08/27 | 4,227.05 |
| 08/13 | 6,034.61 | 08/28 | 4,050.40 |
| 08/14 | 5,283.88 | 08/29 | 7,600.04 |

# TD Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

ROBERT MOCKOVIAK
SANDRA H MOCKOVIAK
DIP CASE 20-14372 SDFL

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Aug 01 2025-Aug 31 2025 |
| Cust Ref #: | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| Primary Account #: | ▮▮▮▮▮▮47 |

## Change in Date: Important Information About Your TD Bank Visa® Debit Card

Beginning October 15, 2025, TD Bank will charge a $32 fee to mail Visa® Debit Cards with expedited delivery. Visa® Debit Cards sent via standard delivery will continue to be free for Customers.

If you would like quicker access to your Visa® Debit Card than our standard delivery option, TD Bank Digital Wallet may be an option for you. Simply add your Visa® Debit Card to your Apple Pay, Samsung Pay, Google Pay or PayPal Digital Wallet for contactless payments. For more information, visit tdbank.com/digitalwallet.

Have questions? We're happy to help.

Contact us by sending a secure message via Online or Mobile Banking, calling us 24/7 or booking an appointment at a TD Bank near you.